IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN M.,[1]             No. 3:17-cv-01357-AC

        Plaintiff,            ORDER

    v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [38] on December 20, 2018, in which he recommends that the Commissioner's decision be reversed and remanded for further proceedings. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this Order uses only the first name and initial of the last name of the non-governmental party in this case.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [38]. Accordingly, the Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

DATED this 8 day of Feb, 2019.

MARCO A. HERNÁNDEZ
United States District Judge